# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2016

*The Court of Appeals hereby passes the following order*

**A17D0129. MICHAEL DUGGANS v. JACQUITA SMITH.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

16CV48034J



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta, November 14, 2016.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*